MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FURTHER EXTENSION OF TIME TO FILE RESPONSE AND COUNTERCLAIM** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300137836.1

STIPULATION AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

This Stipulation and [Proposed] Order Re: Further Extension of Time to File Response and Counterclaim is entered into by and between Plaintiffs ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record.  Plaintiffs and Defendants are collectively referred to herein as the "Parties."

**RECITALS**

A.   WHEREAS, on June 18, 2010, Plaintiffs commenced an action against Defendants entitled *Rodriguez, et al. v. Citibank, N.A., et al.*, Superior Court of the State of California, County of Shasta, Case No. CV10-0169504 (the "Shasta County Action");

B.   WHEREAS, on July 15, 2010, Defendants filed a Notice of Removal of the Shasta County Action [Docket No. 2] with the above-entitled District Court;

C.   WHEREAS, to provide the Parties with an opportunity to conduct settlement negotiations, on July 21, 2010, the Parties entered into a Stipulation for Extension of Time to File Response and Counterclaim [# 7], by which Defendants were given until August 19, 2010 to file an Answer and Counterclaim;

D.   WHEREAS, in August 2010, the Parties engaged in meaningful settlement discussions in an effort to resolve this action without the need for further litigation; and

E.   WHEREAS, the Parties now seek a 45-day extension of time for Defendants to file a Response and Counterclaim so that the Parties may continue their settlement discussions and attempt to reach a final settlement of this matter.

NOW, WHEREFORE, the Parties agree as follows:

**STIPULATION**

1.   The time for Defendants to file an answer or other response to Plaintiffs' complaint shall be extended from August 19, 2010 through and including October 4, 2010.

/ / /

/ / /

/ / /

2. The time for Defendants to file a counterclaim (if any) shall be extended from August 19, 2010 through and including October 4, 2010.

Dated: August 17, 2010     ALTEMUS & WAGNER

By: /s/ Stewart C. Altemus
Stewart C. Altemus
*Attorneys for Plaintiffs*
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES

Dated: August 17, 2010     MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Kevin P. Dwight
Kevin P. Dwight
*Attorneys for Defendants*
CITIBANK, N.A. AND CITICORP USA, INC.

**IT IS SO ORDERED.**

Dated: 8/17/10

GARLAND E. BURRELL, JR.
United States District Judge