MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE RESPONSE AND COUNTERCLAIM** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300157824.1

SECOND STIPULATION AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

This <u>Second</u> Stipulation and [Proposed] Order Re: Extension of Time to File Response and Counterclaim is entered into by and between Plaintiffs ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record.  Plaintiffs and Defendants are collectively referred to herein as the "Parties."

**RECITALS**

A. WHEREAS, on June 18, 2010, Plaintiffs commenced an action against Defendants entitled *Rodriguez, et al. v. Citibank, N.A., et al.*, Superior Court of the State of California, County of Shasta, Case No. CV10-0169504 (the "Shasta County Action");

B. WHEREAS, on July 15, 2010, Defendants filed a Notice of Removal of the Shasta County Action [Docket No. 2] with the above-entitled District Court;

C. WHEREAS, to provide the Parties with an opportunity to conduct settlement negotiations, on July 21, 2010, the Parties entered into a Stipulation for Extension of Time to File Response and Counterclaim [# 7], by which Defendants were given until August 19, 2010 to file an Answer and Counterclaim;

D. WHEREAS, in August 2010, the Parties engaged in meaningful settlement discussions in an effort to resolve this action without the need for further litigation;

E. WHEREAS, on August 17, 2010, this Court entered a Stipulation and Order [# 11] further extending the time for Defendants to file a response and/or counterclaim to Plaintiffs' complaint from August 19, 2010 through and including October 4, 2010;

F. WHEREAS, following entry of the Court's August 17, 2010 Order [#11], the Parties continued their settlement discussions in an attempt to reach a final settlement of this matter;

G. WHEREAS, the Parties seek a further thirty-one (31) day extension of time to engage in settlement communications with the goal of resolving this action informally and without the need for trial; and

/ / /

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300157824.1

2

SECOND STIPULATION AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

H.  The stipulated extension of time set forth herein will not alter the date of any event or any deadline already fixed by Court order.

NOW, WHEREFORE, the Parties agree as follows:

**STIPULATION**

1.  The time for Defendants to file an answer or other response to Plaintiffs' complaint shall be extended from October 4, 2010 through and including November 4, 2010.

2.  The time for Defendants to file a counterclaim (if any) shall be extended from October 4, 2010 through and including November 4, 2010.

Dated:  October 4, 2010          ALTEMUS & WAGNER

By:  /s/ Stewart C. Altemus
     Stewart C. Altemus
     *Attorneys for Plaintiffs*
     ANTONIO RODRIGUEZ and LORRAINE
     RODRIGUEZ, individually, and as partners in
     SHASTA ENTERPRISES

Dated:  October 4, 2010          MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Kevin P. Dwight
     Kevin P. Dwight
     *Attorneys for Defendants*
     CITIBANK, N.A. AND CITICORP USA, INC.

**IT IS SO ORDERED.**

**Date: 10/5/2010**

GARLAND E. BURRELL, JR.
United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300157824.1                          3            SECOND STIPULATION AND ORDER
                                                  CASE NO. 2:10-CV-01844-GEB-CMK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300157824.1                                 4                    SECOND STIPULATION AND ORDER
                                                                 CASE NO. 2:10-CV-01844-GEB-CMK