MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**JOINT STATUS REPORT** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT
CASE NO. 2:10-CV-01844-GEB-CMK

Pursuant to this Court's Order Setting Status (Pretrial Scheduling) Conference dated July 15, 2010 [Docket No. 6], Plaintiffs ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby submit the following Joint Status Report.

### A.   Status of the Case

This action was filed by Plaintiffs on June 18, 2010, and removed to this Court by Defendants on July 15, 2010 [Docket No. 2]. To provide the Parties with an opportunity to conduct settlement negotiations, this Court has on three separate occasions granted the Parties' Stipulations to extend the time for Defendants to file a response and counterclaim to Plaintiffs' Complaint. *See* Docket Nos. 11, 13, and 15.

Recently, the Parties entered into a settlement in principal that will fully and finally resolve this action. The Parties have exchanged drafts of the settlement documents and are working to finalize the terms of the settlement in principal and to document the final settlement agreement.

### B.   Request for Continuance of Status Conference

In the interests of judicial economy, and so that the Parties can finalize the documentation of their agreement without the need for Court involvement, the Parties respectfully request that the Court continue the Status Conference set for December 13, 2010, to a date not earlier than February 14, 2011, subject to the Court's calendar and availability.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STATUS REPORT
CASE NO. 2:10-CV-01844-GEB-CMK

| | | |
|---|---|---|
| 1 | Dated: November 29, 2010 | ALTEMUS & WAGNER |
| 2 | | |
| 3 | | By: /s/ Stewart C. Altemus |
| 4 | | Stewart C. Altemus<br>*Attorneys for Plaintiffs* |
| 5 | | ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES |
| 6 | | |
| 7 | Dated: November 29, 2010 | MANATT, PHELPS & PHILLIPS, LLP |
| 8 | | |
| 9 | | By: /s/ Kevin P. Dwight |
| 10 | | Kevin P. Dwight<br>*Attorneys for Defendants*<br>CITIBANK, N.A. AND CITICORP USA, INC. |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STATUS REPORT
CASE NO. 2:10-CV-01844-GEB-CMK