```
MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA  96001
Telephone:  (530) 242-8800
Facsimile:  (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>          Plaintiffs,<br><br>  vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>          Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE RESPONSE AND COUNTERCLAIM** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300184438.1

FURTHER STIPULATION AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

1    This Further Stipulation and [Proposed] Order Re: Extension of Time to File
2  Response and Counterclaim is entered into by and between Plaintiffs ANTONIO RODRIGUEZ
3  and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES
4  (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP
5  USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective
6  counsel of record.  Plaintiffs and Defendants are collectively referred to herein as the "Parties."

## RECITALS

8    A.    WHEREAS, on June 18, 2010, Plaintiffs commenced an action against
9  Defendants entitled *Rodriguez, et al. v. Citibank, N.A., et al.*, Superior Court of the State of
10 California, County of Shasta, Case No. CV10-0169504 (the "Shasta County Action");
11   B.    WHEREAS, on July 15, 2010, Defendants filed a Notice of Removal of the
12 Shasta County Action [Docket No. 2] with the above-entitled District Court;
13   C.    WHEREAS, to provide the Parties with an opportunity to conduct
14 settlement negotiations, the Parties have entered into several Stipulations extending the time for
15 Defendants to file a response and/or counterclaim;
16   D.    WHEREAS, the Parties recently entered into a settlement in principal that
17 will fully and finally resolve this action.  The Parties have exchanged drafts of the settlement
18 documents and are working to finalize the terms of the settlement in principal and to document
19 the final settlement agreement;
20   E.    WHEREAS, the Parties seek a further thirty (30) day extension of time to
21 finalize the settlement documentation and resolve this case without the need for trial; and
22   F.    WHEREAS, the stipulated extension of time set forth herein will not alter
23 the date of any event or any deadline already fixed by Court order.
24   NOW, WHEREFORE, the Parties agree as follows:

## STIPULATION

26   1.    The time for Defendants to file an answer or other response to Plaintiffs'
27 complaint shall be extended from December 4, 2010 through and including January 4, 2011.
28

2.  The time for Defendants to file a counterclaim (if any) shall be extended from December 4, 2010 through and including January 4, 2011.

Dated:   December 6, 2010           ALTEMUS & WAGNER


By:   /s/ Stewart C. Altemus
      Stewart C. Altemus
      *Attorneys for Plaintiffs*
      ANTONIO RODRIGUEZ and LORRAINE
      RODRIGUEZ, individually, and as partners in
      SHASTA ENTERPRISES

Dated:   December 6, 2010           MANATT, PHELPS & PHILLIPS, LLP


By:   /s/ Kevin P. Dwight
      Kevin P. Dwight
      *Attorneys for Defendants*
      CITIBANK, N.A. AND CITICORP USA, INC.


**IT IS SO ORDERED.**

Dated: December 8, 2010

GARLAND E. BURRELL, JR.
United States District Judge