MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**ADDITIONAL STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE RESPONSE AND COUNTERCLAIM** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300195142.1

ADDITIONAL STIPULATION AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

This Additional Stipulation and [Proposed] Order Re: Extension of Time to File Response and Counterclaim is entered into by and between Plaintiffs ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record. Plaintiffs and Defendants are collectively referred to herein as the "Parties."

## **RECITALS**

A. WHEREAS, on June 18, 2010, Plaintiffs commenced an action against Defendants entitled *Rodriguez, et al. v. Citibank, N.A., et al.*, Superior Court of the State of California, County of Shasta, Case No. CV10-0169504 (the "Shasta County Action");

B. WHEREAS, on July 15, 2010, Defendants filed a Notice of Removal of the Shasta County Action [ECF No. 2] with the above-entitled District Court;

C. WHEREAS, to provide the Parties with an opportunity to conduct settlement negotiations, the Parties have entered into several Stipulations extending the time for Defendants to file a response and/or counterclaim;

D. WHEREAS, the Parties recently entered into a settlement in principal that will fully and finally resolve this action. The Parties are working to finalize the terms of the settlement in principal and to document the final settlement agreement;

E. WHEREAS, on December 7, 2010, the Court issued an Order Re: Settlement and Disposition [ECF No. 18], which requires the Parties to file a dispositional document by no later than February 14, 2011;

F. WHEREAS, the Parties seek a further extension of time through February 14, 2011 to finalize the settlement documentation and resolve this case without the need for trial; and

G. WHEREAS, the stipulated extension of time set forth herein will not alter the date of any event or any deadline already fixed by Court order.

NOW, WHEREFORE, the Parties agree as follows:

/ / /

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300195142.1

1

ADDITIONAL STIPULATION AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

## STIPULATION

1. The time for Defendants to file an answer or other response to Plaintiffs' complaint shall be extended from January 4, 2011 through and including February 14, 2011.

2. The time for Defendants to file a counterclaim (if any) shall be extended from January 4, 2011 through and including February 14, 2011.

Dated:   January 4, 2011            ALTEMUS & WAGNER


By:  /s/ Stewart C. Altemus
    Stewart C. Altemus
    *Attorneys for Plaintiffs*
    ANTONIO RODRIGUEZ and LORRAINE
    RODRIGUEZ, individually, and as partners in
    SHASTA ENTERPRISES

Dated:   January 4, 2011            MANATT, PHELPS & PHILLIPS, LLP


By:  /s/ Kevin P. Dwight
    Kevin P. Dwight
    *Attorneys for Defendants*
    CITIBANK, N.A. AND CITICORP USA, INC.

**IT IS SO ORDERED.**

**1/4/11**

GARLAND E. BURRELL, JR.
United States District Judge