MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order Re: Settlement and Disposition dated December 7, 2010 [ECF No. 18], Plaintiffs ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby submit the following Joint Status Report.

This action was filed by Plaintiffs on June 18, 2010, and removed to this Court by Defendants on July 15, 2010 [ECF No. 2]. To provide the Parties with an opportunity to conduct settlement negotiations, this Court has on several prior occasions granted the Parties' Stipulations to extend the time for Defendants to file a response and counterclaim to Plaintiffs' Complaint. [*See* ECF Nos. 11, 13, 15, 17 and 20.]

As the Parties informed the Court in their last Joint Status Report, the Parties have reached a settlement in principal that will fully and finally resolve this action. More recently, the Parties have circulated proposed final drafts of the settlement documents for execution. These proposed final drafts are currently being reviewed by the Parties and their respective counsel. The Parties are working diligently and in good faith to finalize the settlement of this complex real estate dispute. While the Parties made every attempt to complete the settlement by February 14, 2011, it has not been possible.

Therefore, in the interests of judicial economy, and so that the Parties can finalize their settlement without the need for further Court involvement, the Parties respectfully request that the Court enter the Supplemental Stipulation and [Proposed] Order filed herewith, which will extend the time for Defendants to file a response and counterclaim through March 16, 2011.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STATUS REPORT
CASE NO. 2:10-CV-01844-GEB-CMK

| | | |
|---|---|---|
| Dated: | February 14, 2011 | ALTEMUS & WAGNER |

By:  /s/ Stewart C. Altemus
      Stewart C. Altemus
      *Attorneys for Plaintiffs*
      ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES

Dated: February 14, 2011    MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Kevin P. Dwight
      Kevin P. Dwight
      *Attorneys for Defendants*
      CITIBANK, N.A. AND CITICORP USA, INC.