```
MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail:  BWLee@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail:  KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Defendants
CITIBANK, N.A. and CITICORP USA, INC.

ALTEMUS & WAGNER
Stewart C. Altemus (Bar No. CA 98746)
1255 Sacramento Street
Redding, CA  96001
Telephone:  (530) 242-8800
Facsimile:  (530) 242-8900

Attorneys for Plaintiffs
ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ,
individually, and as partners in SHASTA ENTERPRISES
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES, a California General Partnership,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITIBANK, N.A., CITICORP USA, INC. and DOES 1 THROUGH 50,<br><br>   Defendants. | Case No. 2:10-CV-01844-GEB-CMK<br><br>**SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE RESPONSE AND COUNTERCLAIM** |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

300213437.1

SUPPLEMENTAL STIP. AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

This Supplemental Stipulation and [Proposed] Order Re: Extension of Time to File Response and Counterclaim is entered into by and between Plaintiffs ANTONIO RODRIGUEZ and LORRAINE RODRIGUEZ, individually, and as partners in SHASTA ENTERPRISES (collectively, "Plaintiffs"), on the one hand, and Defendants CITIBANK, N.A., and CITICORP USA, INC. (collectively, "Defendants"), on the other hand, by and through their respective counsel of record. Plaintiffs and Defendants are collectively referred to herein as the "Parties."

**RECITALS**

A.   WHEREAS, on June 18, 2010, Plaintiffs commenced an action against Defendants entitled *Rodriguez, et al. v. Citibank, N.A., et al.*, Superior Court of the State of California, County of Shasta, Case No. CV10-0169504 (the "Shasta County Action");

B.   WHEREAS, on July 15, 2010, Defendants filed a Notice of Removal of the Shasta County Action [ECF No. 2] with the above-entitled District Court;

C.   WHEREAS, to provide the Parties with an opportunity to conduct settlement negotiations, the Parties have entered into several Stipulations extending the time for Defendants to file a response and/or counterclaim;

D.   WHEREAS, the Parties recently entered into a settlement in principal that will fully and finally resolve this action. The Parties are working to finalize the terms of the settlement in principal and to document the final settlement agreement;

E.   WHEREAS, on December 7, 2010, the Court issued an Order Re: Settlement and Disposition [ECF No. 18], which requires the Parties to file either a dispositional document by no later than February 14, 2011, or a Joint Status Report in advance of the Joint Status Conference scheduled for February 28, 2011;

F.   WHEREAS, concurrently with the filing of this Supplemental Stipulation and [Proposed] Order, the Parties have filed a Joint Status Report providing the Court with a more detailed update on the Parties' ongoing settlement negotiations; and

G.   WHEREAS, for good cause shown, the Parties seek a further thirty (30) day extension of time, through and including March 16, 2011, to finalize the settlement documentation and to resolve this case without the need for trial.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300213437.1

1

SUPPLEMENTAL STIP. AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK

NOW, WHEREFORE, the Parties agree as follows:

**STIPULATION**

1. The time for Defendants to file an answer or other response to Plaintiffs' complaint shall be extended from February 14, 2011 through and including March 16, 2011.

2. The time for Defendants to file a counterclaim (if any) shall be extended from February 14, 2011 through and including March 16, 2011.

Dated:   February 14, 2011                    ALTEMUS & WAGNER


By:  /s/ Stewart C. Altemus
    Stewart C. Altemus
    *Attorneys for Plaintiffs*
    ANTONIO RODRIGUEZ and LORRAINE
    RODRIGUEZ, individually, and as partners in
    SHASTA ENTERPRISES

Dated:   February 14, 2011                    MANATT, PHELPS & PHILLIPS, LLP


By:  /s/ Kevin P. Dwight
    Kevin P. Dwight
    *Attorneys for Defendants*
    CITIBANK, N.A. AND CITICORP USA, INC.

**IT IS SO ORDERED.**

DATED: February 15, 2011.

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

300213437.1

2

SUPPLEMENTAL STIP. AND ORDER
CASE NO. 2:10-CV-01844-GEB-CMK