1

**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE:  (530) 242-8800   FAX:  (530) 242-8900

2

3

4  Stewart C. Altemus (California State Bar No. 98746)

5  Attorneys for Plaintiffs

6

7           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA

8  ANTONIO RODRIGUEZ,                    )   Case No.  2:10-CV-01844-GEB-CMK
9  et al,                                )
                     Plaintiffs,         )
10                                       )
        vs.                              )
11                                       )     NOTICE OF DISMISSAL OF ACTION
   CITIBANK, N.A., CITICORP USA, INC.    )
12 and DOES 1 THROUGH 50,                )   [F.R.C.P. Rule 41(a)(1)(A)(i)]
                                         )
13                  Defendants           )
                                         )
14 _____ )

15 TO THE COURT AND ALL PARTIES:

16     PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1)(A)(I), Plaintiffs hereby dismiss

17 the above-entitled action, without prejudice.  Each party to bear its own costs and attorneys fees.

18     Dated: March 8, 2011.

19                                    ALTEMUS & WAGNER

20                                    /s/Stewart C. Altemus
                                      Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action.  My business address is 1255 Sacramento Street, Redding, California 96001.  On the date indicated below, I served true copies of the following document(s):

**NOTICE OF DISMISSAL OF ACTION**

__X__          **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Redding, California.

_____          **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below.  In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is picked up that same day for delivery the following business day.

_____          **by facsimile transmission**, in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile number(s) indicated, I caused such documents to be telefaxed to the designated fax numbers.

_____          **by personally delivering** a true copy thereof to the person and at the address set forth below.

Barry W. Lee
Manatt Phelps & Phillips
One Embarcadero Center, 30th Floor
San Francisco, CA 94111

Executed on March 8, 2011, at Redding, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Bonnie Prather